UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| BRIANA LYNCH, on behalf of herself and all others similarly situated, | ) ) ) | C/A: 2:15-cv-00580-PMD |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF FILING CONSENT TO BECOME A PARTY PLAINTIFF** |
| DINING CONCEPTS GROUP, LLC d/b/a WICKED TUNA and JOHN DOES 1- 10, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, Briana Lynch ("Lynch"), on behalf of herself and all others similarly situated, and all of the filed Opt-Ins to date (all jointly "Plaintiffs"), files the following Consent(s) to Become a Party Plaintiff:

| **Consent No.** | **Name of Party** |
|---|---|
| 6. | Margaret Agle |

_____
Bruce E. Miller (Fed Bar No. 3393)
BRUCE E. MILLER, P.A.
147 Wappoo Creek Drive, Suite 603
Charleston, SC  29412
T: 843.579.7373
F: 843.614.6417
bmiller@brucemillerlaw.com

CHARLESTON, SC

February 10, 2015

**ATTORNEY FOR BRIANA LYNCH, on behalf of herself and all others similarly situated**

1