UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| BRIANA LYNCH, on behalf of herself and all others similarly situated, | ) ) ) ) | C/A: 2:15-cv-00580-PMD |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CONSENT TO BECOME PLAINTIFF TO COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b) |
| DINING CONCEPTS GROUP, LLC d/b/a WICKED TUNA and JOHN DOES 1- 10, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

I consent to opt-in to become a plaintiff in this action pursuant to 29 U.S.C §216(b). I designate the collective action Representative(s), as my agent(s), with advice and recommendations from legal counsel, to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, entering into settlement agreements, including an amount of attorneys' fees and costs to Plaintiffs' counsel, and all other matters pertaining to this lawsuit.

All settlements and award of attorneys' fees are subject to approval by the Court.

_Margaret Agle_
Signature

_Margaret Agle_
Print Name

Consent No. 6