

MEMORANDUM

TO: ALL SERVERS, BARTENDERS

FROM: WICKED TUNA MANAGEMENT

DATE: March 28th 2014

SUBJECT: TIPOUT DISTRIBUTION, BREAKAGE FEE

Attention to all servers and bartenders, there are certain fees which are applied to your wages for every shift that you work, as defined below.

Servers: a tip out distribution based on 5% of your net sales is applied every shift that you work, and is distributed as follows:

- 2.5% distributed to the back of house employees
- 1.5% distributed to the "back wait"
- 1% distributed to the bartenders

Any day when there is not a back wait present you will receive a 1.5% reimbursement to your total tips.

Bartenders: a tip out distribution based on 5% of your food sales is applied every shift that you work, and is distributed as follows:

- 2.5% distributed to the back of house employees
- 2.5% distributed to the bar back

Any day where there is not a bar back present there will be a reimbursement to your total tips of 2.5%.

All: there is a $1 per day "breakage fee" applied to your pretax wages for every day that you work, and covers any breakage cost we may incur due to mishandling or operational mishaps during your workday.

If there are further questions concerning these amounts please direct them to your supervisor.

**Exhibit 1**